DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 306767
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Shaun A. Kirkpatrick**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:17-cr-00324-BLF (NMC) |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER THEREON** |
| SHAUN ANTHONY KIRKPATRICK, | |
| Defendant. | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY STIPULATED** by and between the parties that Mr. Kirkpatrick's conditions of pretrial release be modified so that he be permitted to travel to Jonesboro, Arkansas between November 16, 2017 and November 30, 2017 so that he can visit his significant other Felicia Wright. Ms. Wright is employed and is paying for Mr. Kirkpatrick's airfare. Mr. Kirkpatrick will be staying at Ms. Wright's residence for the entire duration of his trip. Ms. Wright's home address is 4718 Samantha Avenue, Jonesboro, Arkansas, 72401.

Steven J. Sheehan is a Drug and Alcohol Treatment Specialist for United States Pretrial Services in the Eastern District of California and is supervising Mr. Kirkpatrick on pretrial release. Mr. Sheehan has communicated with ND/CA Pretrial Services and has stated that they have no objection to Mr. Kirkpatrick's travel request or to this modification.

**IT IS SO STIPULATED.**

                                          BRIAN J. STRETCH, ESQ.
United States Attorney

Dated: November 16, 2017        By: /s/Marissa Harris
MARISSA HARRIS, ESQ.
Assistant United States Attorney

Attorneys for **Plaintiff**

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: November 16, 2017        By: /s/David J. Cohen
DAVID J. COHEN, ESQ.

Attorneys for Defendant **Shaun A. Kirkpatrick**

**IT IS SO ORDERED.**

Dated: _____
THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

---

Stipulation to Modify Conditions of Release and [Proposed] Order Thereon
*U.S. v. Kirkpatrick;*
Case No. 17-cr-00324-BLF (NMC)    2